September 12, 2017

RECEIVED
USDC CLERK GREENVILLE. SC

2017 SEP 12 PM 3: 35

To Whom It May Concern:

From: ~~Angela Lewis~~ Kieron Campbell, Division Manager

Because of Hurricane Irma, the Federal Court House in Greenville, South Carolina was closed on Monday, 9/11/17. Therefore, no business could be transacted on that day.

_Kieron Campbell_
Signed

_9-12-17_
Date