October 20, 2017

RECEIVED
USDC. CLERK GREENVILLE. SC

2017 OCT 23  AM 11: ██

Clerk of Court
300 E. Washington St., #304
Greenville, South Carolina  29601

Re: Motion to Extend Time to File Interrogatory
    6:17-cv-02010-TMC-JDA

Attn: Georgia

We received the Interrogatory on October 9, 2017 and will need the 21 days that you allow. In a phone call to Mr. Mays in Washington, D.C., he stated that the extension was fine with him.

Sincerely,

Dennis Brooks

10/23/17