Dennis D. & Barbara D. Brooks
10 Twin Oaks Ct.
Greenville, South Carolina

RECEIVED
USDC- CLERK GREENVILLE, SC
2018 JUN 28 AM 8: 25

June 28, 2018

U.S. District Court Clerk
300 E. Washington St.
Greenville, South Carolina

MOTION FOR COUNSEL CONSIDERATION
FOR MEDIATION

Re: C/A No. 6-17-cv-2010-TMC (D.S.C.)

Office of Honorable Judge Kevin McDonald:

Defendants respectfully request additional consideration for counsel appearance, which will be available during the next two weeks.

Based on the condition since surgery, counsel has advised defendant not to make any significant decision without counsel.

Respectfully,

*Dennis Brooks*
Dennis Brooks

*Barbara Brooks*
Barbara D. Brooks