# GOVERNMENT EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-cv-02010-TMC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS D. BROOKS, | ) | **DECLARATION OF ERIC HELMS** |
| BARBARA D. BROOKS, | ) | |
| GREENVILLE COUNTY TAX | ) | |
| COLLECTOR, | ) | |
| COACH HILLS HOMEOWNER'S | ) | |
| ASSOCIATION, INC., and | ) | |
| SOUTH CAROLINA DEPARTMENT | ) | |
| OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |

I, Eric Helms, declare pursuant to Title 28 United States Code § 1746 as follows:

1.      I am employed by the Internal Revenue Service as a Revenue Officer in Greenville, South Carolina.  As a Revenue Officer, I am delegated responsibility for collecting federal tax liabilities in assigned cases.  I also have the duty to investigate assets of taxpayers and to forward recommendations to commence suit to collect taxes and enforce federal tax liens to the United States Department of Justice.

2.      In my capacity as a Revenue Officer, I have access to and am readily familiar with IRS records, administrative files, and computerized information regarding the investigation of the federal tax liabilities for the taxpayers assigned to me.  I also have personal knowledge of the manner in which such IRS's records, administrative files, and computerized information are created and maintained.  I have access to the IRS collection files maintained by the IRS.  I have

conducted a search of those records, and the facts set forth below are either from my personal knowledge or reflected in those records.

**Dennis D. Brooks' Federal Income Tax Liabilities for 2000, 2005-2007, and 2011.**

3.      During the course of my duties, I was assigned to collect the assessed, but unpaid federal income tax liabilities of Dennis D. Brooks for the years 2000, 2005 through 2007, and 2011.  Dennis D. Brooks failed to file tax returns for those years.  As a result, the IRS calculated the income tax he owed for those years and sent notices of deficiency for the liabilities it determined to Brooks' last known address as required by the Internal Revenue Code.  Brooks did not petition the United States Tax Court to challenge those notices of deficiency within ninety days of those notices being sent.

4.      On the dates and in the amounts listed in the table below, a delegate of the Secretary of the Treasury assessed against Brooks the income taxes for the tax periods indicated, plus applicable penalties and interest:

| Tax Year | Assessment Date | Tax | Interest | Penalties | |
|---|---|---|---|---|---|
| 2000 | 07/30/2007 | $56,184.00 | $32,395.58 | $3,021.76 | * |
| | | | | $12,641.40 | ** |
| | | | | $14,046.00 | *** |
| | 07/15/2013 | | $34,147.27 | | |
| | 07/14/2014 | | $4,355.67 | | |
| | 07/20/2015 | | $4,512.16 | | |
| | 07/25/2016 | | $5,060.64 | | |
| 2005 | 05/11/2009 | $62,903.00 | $18,165.94 | $2,523.11 | * |
| | | | | $14,152.95 | ** |
| | | | | $11,637.05 | *** |
| | 07/18/2011 | | | $4,088.69 | *** |
| | 07/15/2013 | | $17,551.22 | | |

16829282.1

|      | 07/14/2014 |             | $3,978.95   |              |      |
|------|------------|-------------|-------------|--------------|------|
|      | 07/20/2015 |             | $4,179.83   |              |      |
|      | 07/25/2016 |             | $4,758.02   |              |      |
| 2006 | 05/11/2009 | $71,761.00  | $12,522.24  | $3,378.09    | *    |
|      |            |             |             | $16,069.50   | **   |
|      |            |             |             | $8,927.50    | ***  |
|      | 07/18/2011 |             |             | $8,927.50    | ***  |
|      | 07/15/2013 |             | $18,324.62  |              |      |
|      | 07/14/2014 |             | $4,238.83   |              |      |
|      | 07/20/2015 |             | $4,452.83   |              |      |
|      | 07/25/2016 |             | $5,068.78   |              |      |
| 2007 | 04/26/2010 | $56,749.00  | $6,949.30   | $2,582.72    | *    |
|      |            |             |             | $12,768.08   | **   |
|      |            |             |             | $7,093.38    | ***  |
|      | 07/18/2011 |             |             | $7,093.37    | ***  |
|      | 07/15/2013 |             | $10,315.13  |              |      |
|      | 07/14/2014 |             | $3,144.63   |              |      |
|      | 07/20/2015 |             | $3,303.40   |              |      |
|      | 07/25/2016 |             | $3,760.61   |              |      |
| 2011 | 12/29/2014 | $9,719.00   | $965.76     | $183.78      | *    |
|      |            |             |             | $2,098.58    | **   |
|      |            |             |             | $1,538.95    | ***  |
|      | 07/20/2015 |             | $237.46     | $606.26      | ***  |
|      | 07/25/2016 |             | $511.34     | $186.54      | ***  |

*        Failure to Pre-Pay Penalty – IRC § 6654
**       Failure to File Penalty - IRC § 6651(a)(1)
***      Failure to Pay penalty - IRC § 6651(a)

    5.    Those assessments are set forth in the Certificate of Assessments, Payments and

Other Specified Matters for the Brooks for Form 1040 for each of the years at issue, true and

correct copies of which are attached to this declaration as Helms Exhibits A through E,

3

16829282.1

respectively. The first five digits of the taxpayer identification number(s) have been redacted for privacy purposes.

6.      After confirming the assessments described in paragraph 4 above, I used the IRS computer system to create a Payoff Calculator to compute the unpaid balance of those assessments, plus accrued interest through August 6, 2018, for each tax period. Interest at the applicable quarterly rate is compounded daily in accordance with Sections 6621 and 6622 of the Internal Revenue Code (26 U.S.C.) and is calculated automatically by the Account Management System to create the Payoff Calculator's results. A true and correct copy of the Payoff Calculator for Brooks' unpaid income tax liabilities is attached to this declaration as Helms Exhibit F. That calculator includes an amount for 2016 that is not at issue in the above-captioned proceeding. The first five digits of the taxpayer identification number have been redacted for privacy purposes.

7.      A delegate of the Secretary of the Treasury properly gave notice of the unpaid tax assessments described in paragraph 4, above, to Brooks and made demand for payment. Nevertheless, Brooks has failed to fully pay those assessments. As of August 6, 2018, Brooks owes the United States $622,849.14 on those assessments, plus penalties and interest that continue to accrue subsequent to August 6, 2018 as provided by law.

### Tax Liens on the Subject Property

8.      As a result of Brooks' failure to satisfy the assessments described in paragraph 4 above after notice and demand for payment, federal tax liens arose on the dates of assessment and attached to all property and all rights to property of Brooks.

9.      On the following dates, a delegate of the Secretary of the Treasury caused notices of federal tax lien to be recorded in the public records of Greenville County, South Carolina at the book and pages identified:

4

| Date Recorded | Tax Year(s) | Book | Page |
|---|---|---|---|
| 07/20/2010 | 2000<br>2005<br>2006 | MI 51 | 1814 |
| 09/29/2015 | 2007<br>2011 | MI 107 | 769 |
| 12/07/2016 | 2006 | MI 122 | 1572 |

True and Correct copies of those notices are attached as Helms Exhibit G. The first five digits of the taxpayer identification number have been redacted for privacy.

10.     During the course of my investigation of the assets of Dennis Brooks, I reviewed the public records of Greenville County, South Carolina. During that review, I obtained a copy of the deed dated December 17, 1979 by which Brooks and Barbara D. Brooks, acquired title to the real property located at 10 Twin Oaks Court, Greenville, South Carolina ("Subject Property") from Sue A. Alton. That deed was recorded on January 24, 1980 in the public records of Greenville County, South Carolina at Book 1119, page 495. A true and correct copy of that deed is attached as Helms Exhibit H.

11.     The legal description of the Subject Property is:

All that certain piece, parcel, or lot of land, situate, lying and being in the County of Greenville, State of South Carolina being shown and designated as Lot 110 on a plat of Coach Hill subdivision recorded in Plat Book 4X, Page 86 and refiled in Plat Book 4X, Page 94 in the Greenville County RMC Office and having, according said plat, the following metes and bounds, to-wit:

BEGINNING at a point on the southern side of Twin Oaks Court at the joint front corner lots 109 and 110 and running thence with the side of said Twin Oaks Court N. 56-17 E. 23.29 feet to a point and N. 43-07 E. 26.56 feet to a point at the joint front corner of Lots 110 and 111; thence with the common line of said lots, S.46-58 E. 153.26 feet to a point in the line in the line of Lot 112; thence with the line of said lot S.32-12 W. 112 feet to a point in the line of

5

property now or formerly of Mary Louise Tierney; thence with the line of said property N. 81-57 W. 100.18 feet to a point at the joint rear corner of Lots 109 and 110; thence with the common line of said lots, N. 3-23 E. 153.29 feet to the point of beginning and being the same property conveyed to Sue A. Alton, formerly Sue A. Smith by deed of Mary Elizabeth Briggs dated and recorded December 15, 1978 in the RMC Office for Greenville County in Deed Book 1093, Page 830

This being the same property conveyed to Dennis D. Brooks and Barbara D. Brooks by that certain deed of Sue A. Alton dated December 17, 1979 and recorded in Book 1119 Page 495 on January 24, 1980.

Tax Map No. 0540010118900

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the _____ day of August, 2018

_____
Eric Helms
Revenue Officer
Internal Revenue Service

6

16829282.1

# HELMS

# EXHIBIT A



**United States**    **of America**

### Department of the Treasury
### Internal Revenue Service

Date: APR 1 4 2017

---

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Dennis D Brooks in respect to the tax period ending December 31, 2000 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 14 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

DENNIS D BROOKS                     EIN/SSN: ████·5744

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 194,949.00 | | | |
| | TAXABLE INCOME 189,261.00 | | | |
| 10-17-2006 | SUBSTITUTE FOR RETURN 89210-887-00094-6 | | 0.00 | 11-06-2006 |
| 02-06-2007 | STATUTORY NOTICE OF DEFICIENCY | | | |
| | ESTIMATED TAX PENALTY 20072908 | 3,021.76 | | 07-30-2007 |
| | ADDITIONAL TAX ASSESSED 77254-591-64943-7  20072908 | 56,184.00 | | 07-30-2007 |
| 07-03-2007 | STATUTORY NOTICE OF DEFICIENCY CLOSED | | | |
| | LATE FILING PENALTY 20072908 | 12,641.40 | | 07-30-2007 |
| | INTEREST ASSESSED 20072908 | 32,395.58 | | 07-30-2007 |
| | FAILURE TO PAY TAX PENALTY 20072908 | 14,046.00 | | 07-30-2007 |
| 12-31-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | ADDITIONAL TAX ASSESSED 89254-418-08856-8  20080508 | | 0.00 | 02-11-2008 |

FORM 4340  (REV. 01-2002)              PAGE    1

--------------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN: �some  -5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|

--------------------------------------------------------------------

02-23-2009 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

02-23-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

05-04-2009 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

07-08-2009 SUBSEQUENT PAYMENT                          166.35

07-27-2009 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

08-12-2009 SUBSEQUENT PAYMENT                          166.35

09-09-2009 SUBSEQUENT PAYMENT                          166.35

FORM 4340 (REV. 01-2002)            PAGE    2

-------------------------------------------------------------------

DENNIS D BROOKS                          EIN/SSN: ▓▓▓▓-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


|      |                            | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|------|----------------------------|-------------|----------|------------|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT  | DATE (23C, |
|      |                            | (REVERSAL)  | (REVERSAL) | RAC 006 ) |

-------------------------------------------------------------------

| 10-14-2009 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 11-10-2009 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 12-09-2009 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 01-13-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 02-10-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 03-10-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 04-14-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 05-12-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 06-09-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |
| 07-14-2010 | SUBSEQUENT PAYMENT |   | 166.35 |   |

FORM 4340  (REV. 01-2002)                PAGE    3

```
----------------------------------------------------------------------
```

DENNIS D BROOKS                    EIN/SSN: ▓▓▓▓-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|
| 07-16-2010 | FEDERAL TAX LIEN | | | |
| 07-22-2010 | LIEN CDP NOTICE | | | |
| 08-11-2010 | SUBSEQUENT PAYMENT | | 166.35 | |
| 09-08-2010 | SUBSEQUENT PAYMENT | | 166.35 | |
| 10-13-2010 | SUBSEQUENT PAYMENT | | 166.35 | |
| 11-10-2010 | SUBSEQUENT PAYMENT | | 166.35 | |
| 12-08-2010 | SUBSEQUENT PAYMENT | | 166.35 | |
| 01-12-2011 | SUBSEQUENT PAYMENT | | 166.35 | |
| 02-09-2011 | SUBSEQUENT PAYMENT | | 166.35 | |
| 03-09-2011 | SUBSEQUENT PAYMENT | | 166.35 | |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN: [REDACTED]-5744

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-13-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 05-11-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 06-08-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 07-13-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 08-10-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 09-14-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 10-12-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 11-09-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 12-14-2011 | SUBSEQUENT PAYMENT |  | 166.35 |  |
| 01-11-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |

FORM 4340  (REV. 01-2002)              PAGE    5

--------------------------------------------------------------------

DENNIS D BROOKS                      EIN/SSN: ▒▒▒▒-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 02-08-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 03-14-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 04-11-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 05-09-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 06-13-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 07-11-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 08-08-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 09-12-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 10-10-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |
| 11-14-2012 | SUBSEQUENT PAYMENT |  | 172.35 |  |

FORM 4340  (REV. 01-2002)              PAGE   6

--------------------------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN: ████-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 12-12-2012 | SUBSEQUENT PAYMENT | | 172.35 | |
| 01-09-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 02-13-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 03-13-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 04-10-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 05-08-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 06-12-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| | INTEREST ASSESSED 20132605 | 34,147.27 | | 07-15-2013 |
| 07-10-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 08-14-2013 | SUBSEQUENT PAYMENT | | 174.75 | |

FORM 4340  (REV. 01-2002)           PAGE    7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN: �største   5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------------|-----------------|-----------------|
| 09-11-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 12-11-2013 | SUBSEQUENT PAYMENT | | 174.75 | |
| 01-08-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 02-12-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 03-12-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 04-09-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 05-14-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 06-11-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| | INTEREST ASSESSED 20142605 | 4,355.67 | | 07-14-2014 |
| 07-09-2014 | SUBSEQUENT PAYMENT | | 177.60 | |

FORM 4340  (REV. 01-2002)              PAGE    8

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

DENNIS D BROOKS                       EIN/SSN: ░░░░░-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 08-13-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 09-10-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 10-08-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 11-12-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 12-10-2014 | SUBSEQUENT PAYMENT | | 177.60 | |
| 01-14-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 02-11-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 03-11-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 04-08-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 05-13-2015 | SUBSEQUENT PAYMENT | | 180.90 | |

FORM 4340  (REV. 01-2002)              PAGE    9

--------------------------------------------------------------------------

DENNIS D BROOKS                        EIN/SSN: ████ 5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-10-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| | INTEREST ASSESSED 20152605 | 4,512.16 | | 07-20-2015 |
| 07-08-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 08-12-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 09-09-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 10-14-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 11-10-2015 | SUBSEQUENT PAYMENT | | 180.90 | |
| 11-23-2015 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-20-2015 | SUBSEQUENT PAYMENT LEVY | | 349.70 | |

FORM 4340  (REV. 01-2002)              PAGE   10

----------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN: ██████-5744

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 12-21-2015 | SUBSEQUENT PAYMENT LEVY | | 349.70 | |
| | INTEREST ASSESSED 20162705 | 5,060.64 | | 07-25-2016 |
| 09-23-2016 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-26-2016 | SUBSEQUENT PAYMENT LEVY | | 319.50 | |
| 11-18-2016 | SUBSEQUENT PAYMENT LEVY | | 319.50 | |
| 12-19-2016 | SUBSEQUENT PAYMENT LEVY | | 345.50 | |
| 01-26-2017 | SUBSEQUENT PAYMENT LEVY | | 345.50 | |
| 02-23-2017 | SUBSEQUENT PAYMENT LEVY | | 345.50 | |
| 03-24-2017 | SUBSEQUENT PAYMENT LEVY | | 345.50 | |

FORM 4340  (REV. 01-2002)          PAGE   11

-------------------------------------------------------------------

```
DENNIS D BROOKS                      EIN/SSN: [    ]-5744



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000


                                 ASSESSMENT,    PAYMENT,    ASSESSMENT
                                 OTHER DEBITS   CREDIT      DATE (23C,
DATE        EXPLANATION OF TRANSACTION  (REVERSAL)   (REVERSAL)   RAC 006 )
-------------------------------------------------------------------

04-17-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

07-05-2004 Taxpayer Deliquency Notice

08-30-2004 Taxpayer Deliquency Notice

07-30-2007 Statutory Notice of Balance Due

09-03-2007 Notice of Balance Due

10-08-2007 Notice of Balance Due

11-12-2007 Statutory Notice of Intent to Levy

07-20-2009 Statutory Notice of Balance Due

07-18-2011 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE   12
```

---------------------------------------------------------------------

DENNIS D BROOKS                      EIN/SSN: ███-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000


|      |                         | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
|------|--------------------------|------------------|----------------|------------------|
| 07-16-2012 | Statutory Notice of Balance Due |  |  |  |
| 07-15-2013 | Statutory Notice of Balance Due |  |  |  |
| 07-14-2014 | Statutory Notice of Balance Due |  |  |  |
| 07-20-2015 | Statutory Notice of Balance Due |  |  |  |
| 07-25-2016 | Statutory Notice of Balance Due |  |  |  |


FORM 4340  (REV. 01-2002)            PAGE   13

CENTRALIZED INSOLVENCY OPERATIONS CHARGE OFF AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------

DENNIS D BROOKS                       EIN/SSN: ▧▧▧-5744


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
--------------------------------------------------------------------


BALANCE       150,716.78

--------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

        --------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Benjamin F. Ray_

PRINT NAME:_____Benjamin F. Ray_____

TITLE:_____Accounting Operations Manager_____

DELEGATION ORDER:_____KCSPC-11-5-01_____


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 04/11/2017

FORM 4340  (REV. 01-2002)            PAGE   14

# HELMS

# EXHIBIT B



**United States**              **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: APR 1 4 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Dennis D Brooks in respect to the tax period ending December 31, 2005 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Benjamin F. Ray*
Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E        *U.S. GPO: 2000 – 533-039/07196        Form **2866** (Rev. 09-97)

--------------------------------------------------------------------

DENNIS D BROOKS                         EIN/SSN:        -5744
                                                        -1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 221,775.00 | | | |
| | TAXABLE INCOME 216,775.00 | | | |
| 09-04-2008 | SUBSTITUTE FOR RETURN 19210-888-00000-8 | 0.00 | | 09-29-2008 |
| | ESTIMATED TAX PENALTY 20091708 | 2,523.11 | | 05-11-2009 |
| | LATE FILING PENALTY 20091708 | 14,152.95 | | 05-11-2009 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20120511 19247-513-00695-9  20091708 | 62,903.00 | | 05-11-2009 |
| 05-11-2009 | RENUMBERED RETURN 19247-513-00695-9 | | | |
| | INTEREST ASSESSED 20091708 | 18,165.94 | | 05-11-2009 |
| | FAILURE TO PAY TAX PENALTY 20091708 | 11,637.05 | | 05-11-2009 |
| 09-07-2009 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-21-2009 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------

```
DENNIS D BROOKS                      EIN/SSN:        5744
                                                     1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2005
```

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |

--------------------------------------------------------------

```
09-21-2009 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

11-30-2009 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

07-16-2010 FEDERAL TAX LIEN

07-22-2010 LIEN CDP NOTICE

           FAILURE TO PAY TAX              4,088.69      07-18-2011
           PENALTY
           20112708

           INTEREST ASSESSED             17,551.22       07-15-2013
           20132605

           INTEREST ASSESSED              3,978.95       07-14-2014
           20142605

           INTEREST ASSESSED              4,179.83       07-20-2015
           20152605

11-23-2015 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
                PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2
```

--------------------------------------------------------------------------------

```
DENNIS D BROOKS                        EIN/SSN:          5744
                                                         1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2005
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|------------------------------------|----------------------------|---------------------------------|
| | INTEREST ASSESSED 20162705 | 4,758.02 | | 07-25-2016 |
| 09-23-2016 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-17-2017 | INITIAL LEVY ISSUED (EFFECTIVE 01-01-2017) | | | |
| 05-11-2009 | Statutory Notice of Balance Due | | | |
| 06-15-2009 | Statutory Notice of Intent to Levy | | | |
| 07-18-2011 | Statutory Notice of Balance Due | | | |
| 07-16-2012 | Statutory Notice of Balance Due | | | |
| 07-15-2013 | Statutory Notice of Balance Due | | | |
| 07-14-2014 | Statutory Notice of Balance Due | | | |
| 07-20-2015 | Statutory Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    3
```

--------------------------------------------------------------------------

DENNIS D BROOKS                     EIN/SSN:          5744
                                                     1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2005


|      |                          | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
| DATE | EXPLANATION OF TRANSACTION | | | |
--------------------------------------------------------------------------
07-25-2016 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)               PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

```
DENNIS D BROOKS                    EIN/SSN:        5744
                                                   1233



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2005
```
------------------------------------------------------------------------

```
BALANCE       143,938.76
```
------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Benjamin F. Ray*

PRINT NAME:    Benjamin F. Ray

TITLE:    Accounting Operations Manager

DELEGATION ORDER:    KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 04/11/2017

FORM 4340  (REV. 01-2002)              PAGE     5

# HELMS

# EXHIBIT C



**United States**        **of America**

### Department of the Treasury
### Internal Revenue Service

Date:  APR 1 4 2017

---

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Dennis D Brooks in respect to the tax period ending December 31, 2006 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------------

```
DENNIS D BROOKS                    EIN/SSN:        5744
                                                   1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME<br>249,496.00 | | | |
| | TAXABLE INCOME<br>243,246.00 | | | |
| 09-04-2008 | SUBSTITUTE FOR RETURN<br>19210-888-00000-8 | 0.00 | | 09-29-2008 |
| | ESTIMATED TAX PENALTY<br>20091708 | 3,378.09 | | 05-11-2009 |
| | LATE FILING PENALTY<br>20091708 | 16,069.50 | | 05-11-2009 |
| 04-15-2007 | WITHHOLDING CREDIT | | 341.00 | |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY PER<br>DEFAULT OF 90 DAY LETTER<br>ASED 20120511<br>19247-513-00696-9  20091708 | 71,761.00 | | 05-11-2009 |
| 05-11-2009 | RENUMBERED RETURN<br>19247-513-00696-9 | | | |
| | INTEREST ASSESSED<br>20091708 | 12,522.24 | | 05-11-2009 |
| | FAILURE TO PAY TAX<br>PENALTY<br>20091708 | 8,927.50 | | 05-11-2009 |
| 09-07-2009 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 09-21-2009 | FEDERAL PAYMENT MATCHED<br>OR LEVIED THROUGH FEDERAL<br>PAYMENT LEVY PROGRAM<br>GENERATED AND MAILED | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    1
```

```
DENNIS D BROOKS                    EIN/SSN:        5744
                                                   1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 09-21-2009 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-30-2009 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 07-16-2010 | FEDERAL TAX LIEN | | | |
| 08-09-2010 | FEES AND COLLECTION COSTS | | 10.00 | |
| 07-22-2010 | LIEN CDP NOTICE | | | |
| | FAILURE TO PAY TAX PENALTY 20112708 | | 8,927.50 | 07-18-2011 |
| | INTEREST ASSESSED 20132605 | | 18,324.62 | 07-15-2013 |
| | INTEREST ASSESSED 20142605 | | 4,238.83 | 07-14-2014 |
| | INTEREST ASSESSED 20152605 | | 4,452.83 | 07-20-2015 |

```
FORM 4340  (REV. 01-2002)              PAGE    2
```

--------------------------------------------------------------------------------

DENNIS D BROOKS                          EIN/SSN:        5744
                                                         1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|----------------------------------|
| 11-23-2015 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20162705 | 5,068.78 | | 07-25-2016 |
| 09-23-2016 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-26-2016 | FEES AND COLLECTION COSTS | 10.00 | | |
| 12-06-2016 | LIEN CDP NOTICE | | | |
| 12-02-2016 | FEDERAL TAX LIEN | | | |
| 04-17-2017 | INITIAL LEVY ISSUED (EFFECTIVE 01-01-2017) | | | |
| 07-07-2008 | Taxpayer Deliquency Notice | | | |
| 05-11-2009 | Statutory Notice of Balance Due | | | |
| 06-15-2009 | Statutory Notice of Intent to Levy | | | |
| 07-18-2011 | Statutory Notice of Balance Due | | | |


FORM 4340  (REV. 01-2002)              PAGE    3

--------------------------------------------------------------------------

```
DENNIS D BROOKS                    EIN/SSN:          5744
                                                     1233



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 07-16-2012 | Statutory Notice of Balance Due | | | |
| 07-15-2013 | Statutory Notice of Balance Due | | | |
| 07-14-2014 | Statutory Notice of Balance Due | | | |
| 07-20-2015 | Statutory Notice of Balance Due | | | |
| 07-25-2016 | Statutory Notice of Balance Due | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    4
```

```
DENNIS D BROOKS                    EIN/SSN:        5744
                                                   1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2006
-----------------------------------------------------------------


BALANCE        153,349.89


-----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-----------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:   Benjamin F. Ray

TITLE:   Accounting Operations Manager

DELEGATION ORDER:   KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 04/11/2017

FORM 4340  (REV. 01-2002)            PAGE    5
```

# HELMS

# EXHIBIT D



**United States**                            **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: APR 1 4 2017

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Dennis D Brooks in respect to the tax period ending December 31, 2007 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my
hand, and caused the seal of this office to be affixed,
on the day and year first above written.

By the direction of the Secretary of the Treasury:

Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

```
DENNIS D BROOKS                      EIN/SSN:        5744
                                                     1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 208,330.00 | | | |
| | TAXABLE INCOME 201,847.00 | | | |
| 08-06-2009 | SUBSTITUTE FOR RETURN 29210-888-00000-9 | 0.00 | | 08-24-2009 |
| | ESTIMATED TAX PENALTY 20101508 | 2,582.72 | | 04-26-2010 |
| | LATE FILING PENALTY 20101508 | 12,768.08 | | 04-26-2010 |
| 04-15-2008 | WITHHOLDING CREDIT | | 2.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20130420 29247-495-00174-0  20101508 | 56,749.00 | | 04-26-2010 |
| 04-26-2010 | RENUMBERED RETURN 29247-495-00174-0 | | | |
| | INTEREST ASSESSED 20101508 | 6,949.30 | | 04-26-2010 |
| | FAILURE TO PAY TAX PENALTY 20101508 | 7,093.38 | | 04-26-2010 |
| 08-23-2010 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-20-2010 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    1
```

```
-----------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN:         5744
                                                    1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2007


                                  ASSESSMENT,   PAYMENT,   ASSESSMENT
          DATE   EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT   DATE (23C,
                                  (REVERSAL)   (REVERSAL)   RAC 006 )

-----------------------------------------------------------------


09-20-2010 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

11-29-2010 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

           FAILURE TO PAY TAX              7,093.37        07-18-2011
           PENALTY
           20112708

10-16-2010 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

           INTEREST ASSESSED             10,315.13        07-15-2013
           20132605

           INTEREST ASSESSED              3,144.63        07-14-2014
           20142605

           INTEREST ASSESSED              3,303.40        07-20-2015
           20152605

09-25-2015 FEDERAL TAX LIEN

FORM 4340 (REV. 01-2002)              PAGE    2
```

--------------------------------------------------------------------------

```
DENNIS D BROOKS                      EIN/SSN:          5744
                                                      1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2007
```

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |

--------------------------------------------------------------------------

```
10-19-2015 FEES AND COLLECTION COSTS            10.00

09-29-2015 LIEN CDP NOTICE

11-23-2015 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
             PROGRAM

           INTEREST ASSESSED             3,760.61      07-25-2016
           20162705

09-23-2016 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

04-17-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

04-20-2009 Taxpayer Deliquency Notice

04-26-2010 Statutory Notice of Balance Due

05-31-2010 Statutory Notice of Intent to Levy

07-18-2011 Statutory Notice of Balance Due

07-16-2012 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)            PAGE    3
```

```
DENNIS D BROOKS                        EIN/SSN:          5744
                                                         1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2007


                                  ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                  (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------
07-15-2013 Statutory Notice of Balance Due

07-14-2014 Statutory Notice of Balance Due

07-20-2015 Statutory Notice of Balance Due

07-25-2016 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                 PAGE    4
```

---

DENNIS D BROOKS                     EIN/SSN:        -5744
                                                    -1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2007

---

BALANCE        113,767.62

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    Benjamin F. Ray

TITLE:   Accounting Operations Manager

DELEGATION ORDER:   KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 04/11/2017

FORM 4340  (REV. 01-2002)             PAGE    5

# HELMS

# EXHIBIT E



**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: APR 1 4 2017

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is an exact transcript of the Form 1040, U.S. Individual Income Tax Return for

Dennis D Brooks in respect to the tax period ending December 31, 2011 reflecting all assessments penalties,

interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by

the records of this office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Benjamin F. Ray
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

--------------------------------------------------------------------------

DENNIS D BROOKS                    EIN/SSN:        5744
                                                   1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 63,860.00 | | | |
| | TAXABLE INCOME 54,360.00 | | | |
| 11-05-2013 | SUBSTITUTE FOR RETURN 28210-888-00000-3 | | 0.00 | 11-25-2013 |
| | ESTIMATED TAX PENALTY 20145005 | 183.78 | | 12-29-2014 |
| | LATE FILING PENALTY 20145005 | 2,098.58 | | 12-29-2014 |
| 04-15-2012 | WITHHOLDING CREDIT | | 392.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER ASED 20171222 28247-738-00560-4  20145005 | 9,719.00 | | 12-29-2014 |
| 12-29-2014 | RENUMBERED RETURN 28247-738-00560-4 | | | |
| | INTEREST ASSESSED 20145005 | 965.76 | | 12-29-2014 |
| | FAILURE TO PAY TAX PENALTY 20145005 | 1,538.95 | | 12-29-2014 |
| 04-13-2015 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-27-2015 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

---

DENNIS D BROOKS                    EIN/SSN:          5744
                                                     1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2011


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-27-2015 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 07-06-2015 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| | INTEREST ASSESSED 20152605 | | 237.46 | 07-20-2015 |
| | FAILURE TO PAY TAX PENALTY 20152605 | | 606.26 | 07-20-2015 |
| 09-25-2015 | FEDERAL TAX LIEN | | | |
| 09-29-2015 | LIEN CDP NOTICE | | | |
| 11-23-2015 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| | INTEREST ASSESSED 20162705 | | 511.34 | 07-25-2016 |
| | FAILURE TO PAY TAX PENALTY 20162705 | | 186.54 | 07-25-2016 |

FORM 4340  (REV. 01-2002)              PAGE    2

```
DENNIS D BROOKS                    EIN/SSN:  ████  ·5744
                                             ·1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2011


                                  ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                  (REVERSAL)    (REVERSAL)   RAC 006 )
           ------------------------------------------------------------

09-23-2016 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

04-17-2017 INITIAL LEVY ISSUED
           (EFFECTIVE 01-01-2017)

12-29-2014 Statutory Notice of Balance Due

01-26-2015 Statutory Notice of Intent to Levy

07-20-2015 Statutory Notice of Balance Due

07-25-2016 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3
```

---

```
DENNIS D BROOKS                        EIN/SSN:        ███   5744
                                                             1233


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2011
------------------------------------------------------------------


BALANCE        15,655.67


------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


             ------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER

PRINT NAME:    Benjamin F. Ray

TITLE:    Accounting Operations Manager

DELEGATION ORDER:    KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 04/11/2017

FORM 4340  (REV. 01-2002)               PAGE    4
```

# HELMS

# EXHIBIT F

## PAYOFF CALCULATOR

Name:   DENNIS D & BARBARA D BROOKS    SSN:    ████5744

**Calculation Result Based on INTST**

| MFT | Tax Period | Assessed Tax/Penalty | 08/06/2018 (Target Date) | | | 09/05/2018 (Target Date + 30 Days) | | | IDRS Hold Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total FTP | Total Interest | Balance | Total FTP | Total Interest | Balance | |
| 30 | 200012 | 50,663.46 | 14,046.00 | 93,678.42 | 158,387.88 | 14,046.00 | 94,330.62 | 159,040.08 | |
| 30 | 200512 | 79,579.06 | 15,725.74 | 61,367.65 | 156,672.45 | 15,725.74 | 62,012.79 | 157,317.59 | |
| 30 | 200612 | 90,887.59 | 17,855.00 | 58,173.37 | 166,915.96 | 17,855.00 | 58,860.69 | 167,603.28 | |
| 30 | 200712 | 72,107.80 | 14,186.75 | 37,537.64 | 123,832.19 | 14,186.75 | 38,047.55 | 124,342.10 | |
| 30 | 201112 | 11,609.36 | 2,331.75 | 3,099.55 | 17,040.66 | 2,331.75 | 3,169.72 | 17,110.83 | |
| 30 | 201612 | 946.00 | 113.52 | 54.86 | 1,114.38 | 122.98 | 59.02 | 1,128.00 | |
| Total | | 305,793.27 | 64,258.76 | 253,911.49 | 623,963.52 | 64,268.22 | 256,480.39 | 626,541.88 | |

Installment Agreement present.    Determine whether to include the User Fee in the above total.

Print | Close    Return to Calculator

# HELMS

# EXHIBIT G

**Form 668 (Y)(c)**
(Rev. February 2004)

3351

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>677200910 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer DENNIS D BROOKS

Residence     10 TWIN OAKS CT
           GREENVILLE, SC 29615-3839

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-5744 | 07/30/2007 | 08/29/2017 | 116292.54 |
| 1040 | 12/31/2005 | XXX-XX-5744 | 05/11/2009 | 06/10/2019 | 109382.05 |
| 1040 | 12/31/2006 | XXX-XX-5744 | 05/11/2006 | 06/10/2016 | 112317.33 |

FILED FOR RECORD IN GREENVILLE COUNTY,SC ROD
2010048545   Book:MI 51   Page:1814-1814
July 20, 2010  02:00:28 PM

*Timothy J Kenney*

2010048545   T/LIEN
                1 PG
Book:MI 51   Page:1814-1814
July 20, 2010  02:00:28 PM
Rec:$10.00   Cnty Tax:$0.00   State Tax:$0.00
FILED IN GREENVILLE COUNTY,SC

| Place of Filing<br><br>REGISTER OF DEEDS<br>GREENVILLE SQUARE<br>GREENVILLE, SC 29601 | Total | $   337991.92 |
|---|---|---|

This notice was prepared and signed at    BALTIMORE, MD    , on this,

the   13th   day of   July   , 2010 .

| Signature  *R. A. Mitchell*<br>for THERESA HARLEY | Title<br>ACS<br>(800) 829-3903 | 23-00-0008 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

5216

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>176745815 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer DENNIS D BROOKS

Residence     10 TWIN OAKS CT
GREENVILLE, SC 29615-3839

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-5744 | 04/26/2010 | 05/26/2020 | 109997.01 |
| 1040 | 12/31/2011 | XXX-XX-5744 | 12/29/2014 | 01/28/2025 | 14957.79 |

2015075579
1 Pgs

T/LIEN   Book: MI 0107 Page: 0769 - 0769
September 29, 2015   09:31:52 AM
Rec: $10.00
FILED IN GREENVILLE COUNTY, SC

| Place of Filing | REGISTER OF DEEDS<br>GREENVILLE SQUARE<br>GREENVILLE, SC 29601 | Total | $   124954.80 |
|---|---|---|---|

This notice was prepared and signed at _____ BALTIMORE, MD _____, on this,

the ___16th___ day of ___September___, ___2015___.

| Signature    *Cheryl Cordaro*<br>for SHENIKA JOHNSON | Title<br>REVENUE OFFICER<br>(803) 312-7837 | 23-12-3417 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 2 - Internal Revenue Service TDA Copy**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

14742

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>239497716 | For Optional Use by Recording Office |
|---|---|---|

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer DENNIS D BROOKS

Residence       10 TWIN OAKS CT
                GREENVILLE, SC 29615-3839

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | XXX-XX-5744 | 05/11/2009 | 06/10/2019 | 153339.89 |

**2016098251**
1 Pgs
T/LIEN   Book: MI 0122 Page: 1572 - 1572
December 7, 2016   09:30:46 AM
Rec: $10.00
**FILED IN GREENVILLE COUNTY, SC**

| Place of Filing | REGISTER OF DEEDS<br>GREENVILLE SQUARE<br>GREENVILLE, SC 29601 | Total | $ | 153339.89 |
|---|---|---|---|---|

This notice was prepared and signed at _____BALTIMORE, MD_____ , on this,

the ___25th___ day of ___November___, ___2016___.

| Signature   *Cheryl Cordero*<br>for ERIC HELMS | Title<br>REVENUE OFFICER<br>(864) 286-7056 x158 | 23-14-2234 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)

# HELMS

# EXHIBIT H

Grantee's Address: 10 Twin Oaks Court, Greenville, S. C. 29615
TITLE TO REAL ESTATE—Offices of Leatherwood, Walker, Todd & Mann, Attorneys at Law, Greenville, S.C.

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

BOOK 1119 PAGE 495

KNOW ALL MEN BY THESE PRESENTS, that    Sue K. Smith, now by marriage Sue A. Alton

In consideration of    Thirty-Three Thousand Three Hundred Thirty-Seven and 43/100ths—————Dollars,
and assumption of mortgage as hereinafter set out
to the grantor(s) in hand paid at and before the sealing of these presents by the grantee(s), the receipt of which is hereby acknowledged, have
granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto

DENNIS D. BROOKS AND BARBARA B. BROOKS, THEIR HEIRS AND ASSIGNS, FOREVER:

All that certain piece, parcel or lot of land situate, lying and being in the County
of Greenville, State of South Carolina being shown and designated as Lot 110 on a
plat of Coach Hills Subdivision recorded in Plat Book 4X, Page 86 and refiled in
Plat Book 4X, Page 94 in the Greenville RMC Office and having, according to
said plat, the following metes and bounds, to-wit:

BEGINNING at a point on the southern side of Twin Oaks Court at the joint front
corner of Lots 109 and 110 and running thence with the side of said Twin Oaks Court
N. 56-17 E. 23.29 feet to a point and N. 43-07 E. 26.56 feet to a point at the joint
front corner of Lots 110 and 111; thence with the common line of said lots, S. 46-58
E. 153.26 feet to a point in the line of Lot 112; thence with the line of said
lot, S. 32-12 W. 112 feet to a point in the line of property now or formerly of
Mary Louise Tierney; thence with the line of said property N. 81-57 W. 100.18 feet
to a point at the joint rear corner of Lots 109 and 110; thence with the common
line of said lots, N. 3-23 E. 153.29 feet to the point of beginning and being the
same property conveyed to the grantor herein by deed of Mary Elizabeth Briggs dated
and recorded December 15, 1978 in the RMC Office for Greenville County in Deed
Book 1093, Page 830.

(11)-200-540.1-1-189

This conveyance is made subject to all easements, rights of way and covenants of record
applicable to the property hereinabove described and to such governmental statutes,
ordinances, rules and regulations as may be applicable to said property.

As a part of the consideration herein, the grantees assumes and agrees to pay that
certain mortgage held by Fidelity Federal Savings and Loan Association recorded
August 22, 1975 in the RMC Office for Greenville County, South Carolina in Mortgage
Book 1346, Page 749 and having a present balance of $36,612.57.

together with all and singular the rights, members, hereditaments and appurtenances to said premises belonging or in any wise incident or ap-
pertaining, to have and to hold all and singular the premises before mentioned unto the grantee(s), and the grantee(s) heirs or successors and
assigns, forever. And, the grantor(s) do(es) hereby bind the grantor(s) and the grantor(s) heirs or successors, executors and administrators
to warrant and forever defend all and singular said premises unto the grantee(s) and the grantee(s) heirs or successors and/against every per-
son whomsoever lawfully claiming or to claim the same or any part thereof.    assigns

WITNESS the grantor(s) hand(s) and seal(s) this    17th day of    December    19 79.

SIGNED, sealed and delivered in the presence of                                                          (SEAL)
                                                            marriage Sue A. Alton
                                                            Sue A. Smith now by marriage        (SEAL)
                                                            Sue A. Alton                        (SEAL)

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE                    PROBATE

Personally appeared the undersigned witness and made oath that (s)he saw the within named
grantor(s) sign, seal and as the grantor(s) act and deed, deliver the within written deed and that (s)he, with the other witness subscribed
above, witnessed the execution thereof.

SWORN to before me this    17th day of    December    19 79.
                                                            (SEAL)
Notary Public S. C.
My commission expires 1/23/83

STATE OF SOUTH CAROLINA                    UNNECESSARY—FEMALE GRANTOR
COUNTY OF                    RENUNCIATION OF DOWER

GIVEN under my hand and seal this