**RECEIVED**

DEC 21 2018

U.S. DISTRICT COURT
GREENVILLE, S.C.

U.S, Plaintiff                             Case No. 6:17-cv-02010-TMC-JDA

v

Dennis Brooks
Barbara Brooks                         Additional Attachment to Answer

Attached is the IRS Form of Taxpayer Bill of Rights. Highlighted items need to be considered. It is our understanding that if the IRS makes errors, that effort is made to correct and adjust amount due, including interest and penalties.

It is our understanding that cost basis has never been considered on returns submitted.

Returns were done prior to complaint on software (Intuit) that is no longer available.

We were victims of stock broker who made unauthorized purchases and destroyed files. This was also stated in original answer.

Sincerely,

Dennis Brooks                                        Barbara Brooks
Dennis Brooks                                        Barbara Brooks