AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6-17-cv-2010-TMC |
| Dennis D Brooks; Barbara D Brooks; Greenville County Tax Collector; South Carolina Department of Revenue; **Coach Hills Homeowner's Association Inc | ) ) ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: summary judgment is granted for the United States of America. ***Default judgment was granted as to Defendant Coach Hills Homeowner's Association Inc on November 16, 2018 [ECF Doc. 138].

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain.

Date:  February 15, 2019

*CLERK OF COURT*

s/L K McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*