IN THE UNITED STATES DISTICK COURT FOR THE

DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

**2nd TIME SENT**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br> v. <br> Dennis D. Brooks <br> Barbara D. Brooks, <br><br> Defendants. | Case No. 6:17-cv-0210-TMC-JDA <br><br> DEFENDANTS' ANSWER AND FIRST OBJECTION TO MICHAEL W. MAY'S DECLARATIO IN SUPPORT OF MOTION FOR SUMMARY AND DEFAULT JUDGMENT |

RECEIVED USDC CLERK, GREENVILLE, SC
2021 MAR 19 PM 4:33

1. Defendants submitted to May copies of mutual fund holdings which are completely adequate and acceptable in this type of situation. These statements were prepared by the mutual fund companies.

2. IRS FORM 1040 were submitted properly for 2000, 2005 and 2006 but original copies of signed returns were not available, therefore, not dated.

3. Defendants will provide affidavit of custodian who held mutual fund and stock documents.

4. Defendants hereby object to Summary Judgment because complete discovery was never completed by plaintiff.

5. Defendants hereby request a Summary Judgment hearing and be notified with at least a 90 day notice.

_____
Dennis Brooks

September 10, 2018