DENNIS BROOKS

10 Twin Oaks Court

Greenville, South Carolina  29615

2nd TIME SENT

RECEIVED
USDC CLERK, GREENVILLE, SC
2021 MAR 19 PM 4:3_

August 5, 2016

Internal Revenue Service

Cincinnati, Ohio 45999-0150

Re: CP71C

To Whom It May Concern:

This letter is in reference to Notice CP71C which refers to the 2006 Tax Return. You prepared a fabricated and fictitious return, a 1040A. We prepared a 1040 for the Year 2006 which was sent to Atlanta, Georgia about 9 years ago. There was no tax owed.  If you have any questions, we can resolve this in **tax court**.

Regards,

Dennis Brooks