

DENNIS BROOKS

10 Twin Oaks Court

Greenville, South Carolina  29615

July 16, 2016

Internal Revenue Service

Cincinnati, Ohio 45999-0150

Re: CP71C

To Whom It May Concern:

This letter is in reference to Notice CP71C which refers to the 2000 Tax Return. You prepared a fabricated and fictitious return, a 1040A. We prepared a 1040 for the Year 2000 which was sent to Atlanta, Georgia about 10 years ago. There was no tax owed. If you have any questions, we can resolve this in tax court.

Regards,

Dennis Brooks