AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:17-cv-02010-TMC |
| Dennis D. Brooks, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 02/25/2022

s/Joanna B. Stroud
*Attorney's signature*

Joanna B. Stroud (#11245)
*Printed name and bar number*

151 Meeting Street, Suite 200
Charleston, SC 29401

*Address*

Joanna.Stroud@usdoj.gov
*E-mail address*

(843) 727-4381
*Telephone number*

(843) 727-4443
*FAX number*