AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:17-cv-02010-TMC |
| Dennis D. Brooks, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dennis D. Brooks and Barbara D. Brooks                                                                                                    .

Date:   03/31/2023

s/Rory D. Whelehan
*Attorney's signature*

Rory D. Whelehan (#7657)
*Printed name and bar number*
200 N. Main Street, Suite 301-D
Greenville, SC 29601

*Address*

rwhelehan@whelehanlaw.com
*E-mail address*

(864) 908-3917
*Telephone number*

*FAX number*