AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:17-cv-02010-TMC |
| Dennis D. Brooks, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 09/19/2024

/s/ Daniel B. Causey, IV
*Attorney's signature*

Daniel B. Causey, IV (SC Bar No. 104035)
*Printed name and bar number*

U.S. Department of Justice, Tax Division
P.O. Box 14198
Washington, DC 20044
*Address*

daniel.b.causey@usdoj.gov
*E-mail address*

(202) 307-1427
*Telephone number*

(202) 514-4963
*FAX number*