IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 6:17-cv-02010-TMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| DENNIS D. BROOKS, ) | |
| BARBARA D. BROOKS, ) | |
| GREENVILLE COUNTY TAX ) | |
| COLLECTOR, ) | |
| COACH HILLS HOMEOWNERS ) | |
| ASSOCIATION, INC., and ) | |
| SOUTH CAROLINA DEPARTMENT ) | |
| OF REVENUE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I certify that on September 19, 2024, I served the attached Appearance of Counsel by filing it on CM/ECF, which will serve represented parties of record, and by USPS mail as follows:

**Dennis Brooks**
PO Box 25662
Greenville, SC 29616
*and*
10 Twin Oaks Court
Greenville, SC 29615

**Barbara Brooks**
PO Box 25662
Greenville, SC 29615
*and*
10 Twin Oaks Court
Greenville, SC 29615

*/s/ Daniel B. Causey, IV*
DANIEL B. CAUSEY, IV
Trial Attorney
Department of Justice, Tax Division

16156273.1